No. 512. EDMUND L. EBERT ET AL. v. HARRY P. POSTON. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan granted. *Mr. P. J. M. Hally* for petitioners. *Mr. Louis Cohane* for respondent.

———

No. 517. E. I. DUPONT DE NEMOURS & COMPANY v. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Z. B. Harrison* for petitioner. *Mr. Luther M. Walter,* by leave of Court, as *amicus curiae.* No appearance for respondent.

———

No. 546. WILLIAM R. RODMAN, UNITED STATES MARSHAL, v. ROLAND R. POTHIER. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. Davis G. Arnold* for respondent.

———

No. 547. MISSOURI PACIFIC RAILROAD COMPANY v. ROY STROUD. October 22, 1923. Petition for a writ of certiorari to the Springfield Court of Appeals of the State of Missouri granted. *Mr. Edward J. White, Mr. James F. Green* and *Mr. J. C. Sheppard* for petitioner. No appearance for respondent.

———

No. 549. STANDARD OIL COMPANY OF NEW JERSEY, AS OWNER, ETC., OF THE STEAMSHIP LLAMA v. UNITED STATES. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit. *Mr. Cletus Keating* and *Mr. John M. Woolsey* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. J. Frank Staley,* Special Assistant to the Attorney General, for the United States.